**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 08-587-GPM |
| **$199,900.00 IN UNITED STATES CURRENCY,** | ) ) ) ) |
| **Defendant.** | ) ) |

# ORDER OF FORFEITURE

**MURPHY, District Judge:**

On August 15, 2008, a Verified Complaint for Forfeiture against a defendant, described as:

**$199,900.00 UNITED STATES CURRENCY**

was filed on behalf of Plaintiff, United States of America. The Complaint alleges that said *res* constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate a violation of 21 U.S.C.§ 801 *et seq.*, and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Process was fully issued in this action and returned according to law, and, pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on January 15, 2009. Notice of Civil Forfeiture was posted on an official internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 26, 2008, and the Certificate of Publication was filed with this Court on December 2, 2008 (*see* Doc. 4).

William Cooper executed a Stipulation and Consent to Forfeiture which was filed with this

Court on August 19, 2008. All other interested parties were defaulted for failure to file a claim or answer within the time permitted by the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Doc. 8).

The Government's motion for judgment (Doc. 9) is **GRANTED**, and the property described as:

**$199,900.00 UNITED STATES CURRENCY**

is hereby ordered forfeited to the United States of America, and no right, title or interest in the property shall exist in any other party. The property shall be disposed of according to law by the United States Marshal.

The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 4/29/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge